```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

OZZIE JOHNSON,

                            Plaintiff,

           - against -

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER
JOHN DOE #1, and POLICE OFFICER
JOHN DOE #2,

                            Defendants.
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/11
```

**ORDER**

11 Civ. 4302 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** the complaint in this action was filed on June 1, 2011; and

   **WHEREAS** the Court on July 17, 2011 ordered plaintiff to file an amended complaint within thirty days of receiving the identities of the John Doe defendants from the New York City Corporation Counsel;

   **WHEREAS** the New York City Corporation Counsel provided those identities by letter dated September 12, 2011; and

   **WHEREAS** more than thirty days have elapsed since September 12, 2011; and

   **WHEREAS** plaintiff has not served any defendants with the complaint within 120 days of its filing, as required by Federal

Rule of Civil Procedure 4(m), and has not complied with the Court's order to file an amended complaint; it is hereby

**ORDERED** that the complaint is dismissed without prejudice.

Dated:   New York, New York
         November 29, 2011

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Plaintiff**
Ozzie Johnson
349-10-12736
George Motchan Detention Center
18-18 Hazen Street, C-73
East Elmhurst, NY 11370

**Attorney for Defendants**
Suzanna Publicker
Assistant Corporation Counsel
Special Federal Litigation Division
City of New York Law Department
100 Church Street
New York, NY 10007